No. 716. SCHATTEN-CYPRESS Co. *v.* LEE SHOPS, INC. C. A. 6th Cir. Certiorari denied. *Thomas Wardlaw Steele* and *Cecil Sims* for petitioner. *Maclin P. Davis, Jr.,* for respondent.

No. 717. WALSTON *v.* LAMBERTSEN. C. A. 9th Cir. Certiorari denied. *John W. Riley* for petitioner. *Robert V. Holland* for respondent.

No. 720. ROLLINS *v.* PENNSYLVANIA RAILROAD Co. Super. Ct. N. J. Certiorari denied. *Francis Sorin* for petitioner. *Francis X. Kennelly* for respondent.

No. 721. DeROSA *v.* AETNA INSURANCE Co. C. A. 7th Cir. Certiorari denied. *John G. Phillips* for petitioner. *Peter Fitzpatrick* for respondent.

No. 723. KOUNTIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Daniel C. Ahern* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 725. SCHWARTZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Edward Brodsky* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, *David Clurman* and *Alan L. Kazlow,* Special Assistant Attorneys General, and *Barry Mahoney,* Assistant Attorney General, for respondent.

No. 729. COE *v.* HELMERICH & PAYNE, INC. C. A. 10th Cir. Certiorari denied. *Joseph P. Jenkins* for petitioner. *J. D. Lysaught* for respondent.